

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00288-CR

**FRANCISCO GARCIA CARDONA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 3
### Ellis County, Texas
### Trial Court No. 2310637

## MEMORANDUM OPINION

Appellant, Francisco Garcia Cardona, appealed from his second conviction for driving while intoxicated. *See* PEN. CODE ANN. §§ 49.04, 49.09. On October 8, 2024, Appellant's counsel filed a document entitled "Withdrawal of Notice of Appeal," signed by counsel and Appellant. The document was filed in the trial court and forwarded to this Court by the district clerk. The Rules of Appellate Procedure require an appellant desiring to voluntarily dismiss his appeal to file a written motion to dismiss, signed by

both the appellant and his attorney, with the appellate clerk. *See* TEX. R. APP. P. 42.2(a). However, to expedite the disposition of this appeal, we invoke Rule 2 of the Texas Rules of Appellate Procedure to suspend the requirement in Rule 42.2 that the appellant file the motion in this Court. *See id*. R. 2.

Appellant's motion to dismiss is granted and this appeal is hereby dismissed. *Id*. R. 42.2(a).

STEVE SMITH
Justice

Before Chief Justice Gray
  Justice Johnson, and
  Justice Smith
Dismissed
Opinion issued and filed October 24, 2024
Do not publish
[CR25]

